# IN THE SUPREME COURT OF THE STATE OF NEVADA

|  |  |
|---|---|
| ARNOLD KEITH ANDERSON,<br>　　　　　　　　Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>　　　　　　　　Respondent. | No. 74076 **FILED**<br><br>JAN 10 2018<br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY_____ S. Young<br>　DEPUTY CLERK |
| ARNOLD KEITH ANDERSON,<br>　　　　　　　　Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>　　　　　　　　Respondent. | No. 74736 |

## ORDER ADMINISTRATIVELY CLOSING APPEAL AND TRANSFERRING DOCUMENTS

These are appeals from the judgment of conviction. Appellant's appeal from the judgment of conviction was previously docketed in this court in Docket No. 74076. On December 12, 2017, appellant's counsel filed a second, duplicative notice of appeal, that was inadvertently docketed as a separate appeal. Accordingly, we direct the clerk of this court to administratively close Docket No. 74736 and transfer to Docket No. 74076 all documents filed or received in Docket No. 74736.

It is so ORDERED.

_____, C.J.

cc:　Hon. Michelle Leavitt, District Judge
　　　Sandra L. Stewart
　　　Attorney General/Carson City
　　　Clark County District Attorney
　　　Eighth District Court Clerk

18- 01312